UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALFREDO ELIAS CRUZ (A-Number: 240-169-911), | No.  1:26-cv-02075-KES-EPG-HC (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al., | Docs. 1, 12 |
| Respondents. | |

Petitioner Mario Alfredo Elias Cruz is an is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 20, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition.  Doc. 12.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  Neither party filed objections, and the deadline to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo.  Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

1

The Court ORDERS:

1. The findings and recommendations, Doc. 12, are ADOPTED in full.

2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. Respondents are ORDERED to provide petitioner Mario Alfredo Elias Cruz ((A-Number: 240-169-911) with a bond hearing before a neutral decisionmaker within fourteen (14) days of the date of this Order.  Respondents shall immediately provide petitioner with a copy of this Order and shall provide him with 48 hours' written notice before the bond hearing.  At that bond hearing, it is respondents' burden to demonstrate that petitioner is a flight risk or danger to the community by clear and convincing evidence.

4. Respondents are enjoined and restrained from continuing to detain petitioner pursuant to 8 U.S.C. § 1225(b) rather than § 1226(a).

5. The Clerk of Court is directed to close this case and enter judgment for petitioner.

6. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   June 12, 2026

_____
UNITED STATES DISTRICT JUDGE